IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALLISON M. OGBURN, et al.,

   Plaintiffs,

    v.

BRANCH BANKING & TRUST
COMPANY,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-1641-TWT

## ORDER

This is a pro se action seeking to set aside a foreclosure. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 2 day of January, 2014.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge

T:\ORDERS\13\Ogburn\r&r.wpd